IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL KINLOW,<br><br>Defendant. | Case No: 10-PO-10<br>Citation Number: A0710643 |

## ORDER

Upon the foregoing motion,

IT IS HEREBY ORDERED that the Government's Motion is Granted and the fine in this case and the processing fee is hereby suspended based on the defendant's inability to pay.

IT IS FURTHER ORDERED that notwithstanding the foregoing, in the event that the United States petitions the Court within one year from the date of this Order and establishes the defendant's ability to pay the fine, the fine shall be reinstated and due immediately.

Dated this 14th day of June 2010.

HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge